IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMONT L'AMOUR CALHOUN,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES YATES, et al.,<br><br>    Defendants.<br>_____/ | 1:05-CV-01345-AWI-WMW-P<br><br>ORDER VACATING FINDINGS<br>AND RECOMMENDATIONS OF<br>FEBRUARY 8, 2006<br>[Document #5]<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>[Document #7] |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On February 8, 2006, Magistrate Judge William M. Wunderlich submitted findings and a recommendations to United States District Judge Anthony W. Ishii to dismiss plaintiff's case for failure to comply with the court's order of December 15, 2005, which ordered plaintiff to submit an application to proceed in forma pauperis or pay the $250.00 filing fee.

On March 16, 2006 plaintiff filed the application to proceed in forma pauperis and stated that he had been in administrative segregation at Pleasant Valley State Prison and, as such, had not had access to his mail or other personal property and that he had since been transferred to another institution, California Substance Abuse Treatment Facility.

Due to plaintiff's submission of the application to proceed in forma pauperis, the findings and recommendation of February 8, 2006, shall be vacated. Furthermore, because

plaintiff has submitted a declaration that makes the showing required by § 1915(a), the application to proceed in forma pauperis shall be granted.

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $250.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations of February 8, 2006 shall be VACATED;

2. Plaintiff's request for leave to proceed in forma pauperis is GRANTED; and

3. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

IT IS SO ORDERED.

**Dated:    March 23, 2006**              /s/ **William M. Wunderlich**
j14hj0                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $250.00. See 28 U.S.C. § 1914(a).